[No. 11138–8–I.   Division One.   May 2, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
BEASLEY HARVEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–8–02777–8, James A. Noe, J., and Maurice
Epstein, J. Pro Tem., entered November 24 and August 31,
1981. *Affirmed* by unpublished opinion per Andersen, C.J.,
concurred in by Swanson and Callow, JJ.

[No. 11449–2–I.   Division One.   May 2, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DARREN
A. MERRIMON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–8–04701–9, Terrence A. Carroll, J., and
Stanley Stone, J. Pro Tem., entered January 28 and Febru-
ary 11, 1982. *Affirmed* by unpublished opinion per Ander-
sen, C.J., concurred in by Williams and Scholfield, JJ.

[No. 11372–1–I.   Division One.   May 2, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTONIO
DELACRUZ, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–03541–4, H. Joseph Coleman, J., entered
February 19, 1982. *Affirmed in part* and *remanded* by
unpublished opinion per Corbett, J., concurred in by
Andersen, C.J., and Williams, J.